# Order

**Lansing, Michigan**

July 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154745(71)

BOARD OF TRUSTEES OF THE CITY OF
PONTIAC POLICE AND FIRE RETIREE
PREFUNDED GROUP HEALTH AND
INSURANCE TRUST,
   Plaintiff-Appellee,

v

CITY OF PONTIAC,
   Defendant-Appellant.
_____/

SC: 154745
COA: 316418
Oakland CC: 2012-128625-CZ

   On order of the Chief Justice, the joint motion of plaintiff-appellee and defendant-appellant to extend the time for filing their supplemental briefs is GRANTED. The supplemental briefs will be accepted for filing if submitted on or before August 6, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2017



Clerk